UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CIV-62404-RAR

**DEVONA STEVENSON**,

    Plaintiff,

v.

**CITY OF SUNRISE**,

    Defendant.

_____/

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Court's Order Granting Defendant's Motion for Summary Judgment [ECF No. 67], it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendant City of Sunrise. Plaintiff shall take nothing from this action and Defendant shall go hence without day.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 13th day of May, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**